UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONALD JOSEPH GLOVER           :

V.                             :           PRISONER
                                   DOCKET NO. 3:02cv1953(AVC)(TPS)

DEPT. OF CORRECTIONS, ET AL :

FIRST SCHEDULING ORDER

FILED
2003 DEC 12 P 4:21
US DISTRICT COURT
HARTFORD CT

The plaintiff has filed this Section 1983 complaint against the defendant(s).

Preparation for trial should proceed at this time on claims in the complaint which have not been dismissed or withdrawn. **All discovery and further proceedings in this case are limited to this claim/these claims.**

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Defendant shall file an answer or other reply within 20 days of the date of this order. **Failure to respond to the complaint in a timely manner will result in the entry of default for failure to plead.**

2. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed within three months (90 days) of the date of this order. Discovery requests need not be filed with the court.

3. All motions for summary judgment shall be filed within four months (120 days) of the date of this order.

4. Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection. If the motion is granted, the complaint will be dismissed as to all defendants, appearing and non-appearing and the case will be closed. The case will **not** proceed to trial.

SO ORDERED this 12 day of Dec., 2003, at Hartford.

_____
U.S. Magistrate Judge