DONALD JOSEPH GLOVER

V.

DEPT. OF CORRECTIONS, ET AL

PRISONER

DOCKET NO. 3:02cv1953(AVC)(TPS)

**FILED**

2004 MAR 23 P 5:14

U.S. DISTRICT COURT
BRIDGEPORT, CONN

*Donald Glover*

3:02cv1953(AVC)(TPS)              Donald Glover, Plaintiff

It would seem that in this case the magnitude of the offense is so great as to make it difficult to believe at first. The state of Connecticut has no criminally insane category. On the one hand, the Dept. of Mental Health can not afford to treat every criminal who has a mental problem. On the other, the Dept. of Corrections had better not be violating the Constitution by committing psychiatric malpractice on defenseless inmates. Such a situation is a gamble that any party walking such a tightrope will not fall off. According to Nietzche, such a party always does fall off. I cannot answer as to if the former criminally insane category of the state of Connecticut dealt with that problem.

Allowing mental freedom to sentenced inmates is not allowing them to think what they like, it is allowing them to think what they must (think.) That is why I would rather be confined in a straightjacket or device of equal restraint than take psychotropic medication. The implications for torture and brain-washing are obvious. The "doctor" who misused the syringe in this case is as criminal as the many convicts convicted for misusing dangerous weapons.

Drs. Thankappan and Bogdanoff could be dismissed if they would submit a signed statement that their actions were based on misinformation.

*Donald Glover*

I hereby certify that a copy of the foregoing was mailed to:

Robert B. Fiske III

Assistant Attorney General

Federal Bar No. ct 17831

110 Sherman St.

Hartford, CT 06105

on this 19 day of March, 2004

*Donald Glover*