DONALD GLOVER
vs.
DEPT. OF CORRECTIONS, ET AL
PRISONER
Civil No. 3:02cv1953 (AVC)(TPS)

FILED
2005 JUN 16 P 4:15
U.S. DISTRICT COURT
BRIDGEPORT CONN.

Donald Glover
Donald Glover

MAY 27 2005

note: typewriter not available

3:02cv1953(AVC)(TPS) Donald Glover, Plaintiff

This is to inform the Court and All Parties that as of 5/24/05 the Plaintiff has recieved no notice of the Dispositive Motion(s) to be Filed by the Defendants on 5/16/05.

*Donald Glover*
Donald Glover

The Plaintiff petitions that the Court declare that the psychotropic medications taken from 1993 until 2001 by the Plaintiff were initiated without necessary Due Process.

It is known that mental patients are made to believe that they have some "obligation" to take psychotropic medications. Those medications retard agressive impulses and so also retard the assertiveness needed to refute the so called "obligation."

The initial use of Force and the shadow of D.O.C. authority make this case a great example of the evils of psychotropic medications.

*Donald Glover*

note: typewriter not available

I hereby certify that a handwritten copy of the following was sent to:

Robert Bishop Fiske III
Assistant Attorney General
Federal Bar no. 17831
110 Sherman St.
Hartford, CT   06105

on this 24th day of May, 2005

*Donald Glover*
Donald Glover

note: typewriter not available