FILED

2005 JUN 21 P 4: 30

U.S. DISTRICT COURT

Donald Glover

vs.

Dept. of Corrections, et al

PRISONER

Civil No. 3:02cv1953(AVC)(TPS)

*Donald Glover* (signature)

3:02cv1953(AVC)(TPS)  Donald Glover, Plaintiff

The Plaintiff submits to the Court a letter sent to Atty. Vicki Henry Hutchinson, who was Counsel for the Plaintiff's Habeas Corpus in Danbury Superior Court. The Plaintiff intends it to be a great example of misrepresentation by mental health professionals.

*Donald Glover* (signature)

I hereby certify that a copy of the following was sent to:

Robert Bishop Fiske III

Assistant Attorney General

Federal Bar no. 17831

110 Sherman ST.

Hartford, CT 06105

On this 14th day of June, 2005

Donald Glover

Arthur W. Davies M.D.
P.O. Box 787
Georgetown, Ct. 06829

May 5, 1998

Vicki Henry Hutchinson
Atty at Law
240 Main Street
Danbury, Ct 06810

Re: Glover vs. Comm of Corrections

Dear Atty. Hutchinson,

As per your request I have extensively reviewed the records provided concerning Mr. Glovers history.

In my opinion it would be highly unlikely that the medications he was receiving at the time impeded or altered his thought processes in any negative manner. What the record does indicate however, is precisely the opposite. Such symptoms as self mutilation and nonverbal behavior resolved and Mr. Glover was competent while medicated.

It is with regret that I am unable to provide any support for Mr. Glovers claim based upon the records provided. If I may be of further assistance in this matter please do not hesitate to contact me.

Sincerely,

Arthur W. Davies M.D.

RECEIVED MAY 11 1998