UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD GLOVER | : | PRISONER |
| *Plaintiff* | : | No. 3:02CV1953(AVC) |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS | : | |
| *Defendants* | : | SEPTEMBER 19, 2005 |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants, the Department of Correction, Dr. Birkowitz, Dr. Weine and Dr. Thankapan, respectfully move for summary judgment on all of the plaintiff's claims.

Specifically, the defendants are entitled to summary judgment because the plaintiff was not administered psychotropic medications against his will, the medications he was administered did not affect his mental capacity, and consequently, his Due Process rights were not violated. In addition, the plaintiff's Complaint is barred by the Statute of Limitations because he is not entitled to equitable tolling since he was at all times in question, competent and aware of his legal claims.

The legal grounds for summary judgment in favor of the defendants are detailed in the accompanying Memorandum of Law. In support of this Motion, the defendants submit the following:

1. The plaintiff's Complaint. Exhibit A.

2. Mental Health Services Consent for Treatment with Anti-Psychotic Drugs form signed by the Plaintiff, dated November 24, 1993. Exhibit A(1).

3. Relevant pages of the Certified Connecticut Department of Correctional Clinical Record for the Plaintiff, dated April 17, 1996 through March 26, 2005. Exhibit B.

4.	Certified Connecticut Department of Mental health Contract for mental Health Transitional Unit signed by the Plaintiff, dated August 13, 1997.  Exhibit C.

5.	Dr. Arthur W. Davies, M.D. letter of medical opinion to plaintiff's attorney Ms. Hutchinson, dated May 5, 1996.  Exhibit D.

6.	Certified Connecticut Department of Correction Form of Consent For Treatment With Psychoactive Medication, signed by the plaintiff, dated August 14, 1998.  Exhibit E.

7.	Overdue Brief Notice from the State of Connecticut Appellate Court, dated September 10, 1998.  Exhibit F.

8.	Plaintiff's handwritten request for additional time to file his appellate brief, dated September 16, 1998.  Exhibit G.

9.	Letter from State of Connecticut Appeals Court to plaintiff's attorney of record on the appeal, Ms. Hutchinson, regarding the plaintiff's handwritten request for additional time to file brief.  Exhibit H.

10.	Connecticut Department of Correction Administrative Directive 8.8.  Exhibit I.

WHEREFORE, the defendants respectfully move for summary judgment in its entirety, as to all defendants on all of the plaintiff's claims.

                    PLAINTIFF/DEFENDANT

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY:    /s/_____
       Robert B. Fiske, III
       Assistant Attorney General
       Federal Bar No.ct17831
       110 Sherman Street
       Hartford, CT  06105
       Tel: (860) 808-5450
       Fax: (860) 808-5491
       e-mail: robert.fiske@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this, the 20th day of September, 2005, first class postage prepaid to:

Mr. Donald Glover, # 216751
Osborn Correctional Institution
335 Bilton Road, PO Box 100
Somers, CT 06071

                                   /s/_____
                                     Robert B. Fiske, III
                                     Assistant Attorney General