UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD GLOVER | : | PRISONER<br>CIVIL NO. 3:02CV1953(AVC) |
| *Plaintiff* | | |
| v. | : | |
| DEPARTMENT OF CORRECTIONS | : | |
| *Defendants* | : | SEPTEMBER 19, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, Department of Corrections, have manually filed the following documents:

1. Exhibit A: Plaintiff's Complaint Form.
2. Exhibit A(1): Mental Health Services Consent For Treatment With Anti-Psychotic Medication.
3. Exhibit B: Plaintiff's Department of Correction Health Services Record.
4. Exhibit C: Department of Correction Contract For Mental Health Transitional Unit dated August 13, 1997.
5. Exhibit D: Medical opinion letter from Dr. Arthur W. Davies, M.D. to plaintiff's attorney Vicki Henry Hutchinson dated May 5, 1998.
6. Exhibit E: Department of Correction Consent For Treatment With Psychoactive Medication dated August 14, 1998.
7. Exhibit F: State of Connecticut Appellate Court Overdue Brief Notice dated September 10, 1998.
8. Exhibit G: Plaintiff's handwritten request for additional time to file his appellate brief.
9. Exhibit H: Letter to Attorney Vicki H. Hutchinson from State of Connecticut, Office For Appeals, regarding plaintiff's handwritten request for an extension of time dated September 18, 1998.
10. Exhibit I: Administrative Directive 8.8 Psychoactive Medication.

These documents have not been filed electronically because:

[ X ]  **Medical Records – manual filing only is ordered.**
[  ]   the documents cannot be converted to an electronic format.
[  ]   the electronic file size of the document exceeds 1.5 megabyte.
[  ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b).
[  ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS
Department of Corrections


RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:    /s/
Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct17831
E-Mail:  robert.fiske@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591


**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of September, 2005:

Mr. Donald Glover, Inmate #216751
Osborn Correctional Institution
335 Bilton Road
P.O. Box 100
Somers, CT 06071


   /s/
Robert B. Fiske, III
Assistant Attorney General

3