Donald Glover

v

Department of Corrections, Et,

Prisoner

docket no. 3:02 cv 1953 (AVC) (TPS)

**FILED**

2005 SEP 27 P 4: 25

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Donald Glover

3:02cv 1953 (AVC)(TPS)    Donald Glover, Plaintiff
Osborn Law Library is closed for repair. The Plaintiff
requests time to research the Michigan and other
cases cited by the Defendants before Judgement,
Summary or otherwise, is granted.

Donald Glover

Many people rightly blame their problems on LSD, mari-juana, cocaine, heroin; and such drugs are rightly illegal For that reason. Haldol, Navane, Zyprexia, Rispirtol, bear labels warning of impairment with ability to operate motor vehicles, machinery, etc. They are therefore also rightly blamed For any competency problem. Although the Plaintiff's medication was reduced in potency, he had to be free and clear of it to be totally competent. The Plaintiff will ask that the Defendants and Parties deciding the outcome of this Petition take appropriate doses of these medications to decide their effects For themselves.

In 2001 the Plaintiff "re-discovered" the information sent to him in 1996 by his trial Attorney Moscowitz about the Appeal Filed by Mr. Moscowitz. Not to be confused with the Appeal Filed by the Plaintiff Pro Se.

The Defendants cannot interpret to the Court statements made by the Plaintiff that are in the Clinical Reports.

Donald Glover

3:02cv1953(AVC)(TPS)    Donald Glover, Plaintiff

The Defendants have submitted incomplete Memorandmum in their Motion For Summary Judgement. For example they refer to the Plaintiff's preference for physical restraints but omit that document. They ignore the testimonial document of Leonid Plyusch and much more.

1. The injecting doctor did not seperate the Plaintiff from burning materials-he was sent to the cell block where they were available-matches cigarettes etc.

2. The Plaintiff's medication was changed to Navane because Haldol was too potent for DOC routine. What kind of "vegetable" is expected to be incompetent? A person who is capable of functioning at a grade 14 academic level but is made to function at a grade 8 academic level is not competent. Note that the Plaintiff could only read small volumes rather than his usaual large ones and that Prozac increased his reading ability. A grade 8 academic level may seem to be competent to DOC but how is a person's mental capacity known? It is risk to alter that capacity by using medication. I refer to Gold v Warden CT Appellate 1986 in which incompetent persons give "short laconic" answers to questions; have diminished mental capacity. Barbituates are not used as tranquilizers so doctors can present a sleep walker rather than a sleeper.

The Plaintiff assumed that Dr. Figuredo used the same methodology as Dr. Thankappan. The accused sign their guilty plea by signing a statement that they have read the charges against them, according to Solzhenitsyn.

Petition signed, sent, dated, 10/23/02.

exchange with Dr. Bogdanoff in Aug.-Sept. 1999.

initial injection, 10/24/93.

lacks concentration, quits school 10/28/97

Donald Glover

I hereby certify that a copy of the following was sent to:

Robert Bishop Fiske III
Assistant Attorney General
Federal Bar no. ct 17831
110 Sherman St.
Hartford, CT    06105
On this 23rd day of September, 2005

Donald Glover