Donald Glover

v

Department of Correction, E*t*al.
Prisoner
no. 3:02cv1953 (AVC)(TPS)

FILED
2005 OCT 12 P 4: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Donald Glover

3:02cv1953 (AVC)(TPS)    Donald Glover, Plaintiff

Response To Motion For Summary Judgement

The Plaintiff does not have a Constitutional Right to a typewriter. Making photocopies is extremely time consuming in Osborn C.I. Osborn Law Library is closed for repair and it cannot access Lexis-numbered data. The Plaintiff requests that the two pages sent on Sept. 23/26, 2005, on which he finds the Defendants' Memoranda to be incomplete, etc. be added to his Response To Motion For Summary Judgement. He intends to add clinical records from 1994-5 which document his preference for small volumes due to inability to read large ones. He recieved the Order of Notice of Response Due on 10/4/05. He has already requested time from the Court, for these and other reasons, before any Judgement.

Local Rule 56(a)2 Statement:
The Plaintiff submits all Factual material already sent, including testimony, medical records and data.

Donald Glover

Donald Glover, Plaintiff

The Plaintiff was used to making inroads toward removal of circumcision scar, an obscure tradition found in Biblical and other literature. The testimony about and reference to the Soviet Union are an indication that the Defendants are "east" (in violation) of (the) Nuremberg (code.) Because the Plaintiff was chronologically injected by force before he signed any consent form. Logic and the effects of the drug dictated that he had no choice but to sign. A similar logic applies when a prisoner is shot on the battlefield out of hand, he is reported as "trying to escape" - as an example to dissuade other POW's. (war crime) Those POW's are then compliant to the will of their captors = Dept. of Corr., Et Al. The Plaintiff has used literary and other references to illustrate and emphasize. As regards Equitable Tolling, the Plaintiff's thread of explanation must be followed through the labyrinth of events back to the source.

Donald Glover

I hereby certify that a copy of the following was sent to:
Robert Bishop Fiske III
Assistant Attorney General
Federal Bar no. ct17831
110 Sherman St.
Hartford, CT 06105
on this 6th day of October, 2005

*Donald Glover*