Donald Glover

v

Department of Corrections, Et Al

Prisoner

docket no. 3:02cv1953 (AVC) CT

*Donald Glover*

FILED
2005 OCT 19 P 4:48
US DISTRICT COURT
BRIDGEPORT, CONN

RECEIVED
OCT 19 2005

Donald Glover, Plaintiff
Response To Motion For Summary Judgement (or any Judgement) Local Rule 56(a)2 Statement:
Chronological List of Events:

10-24-93 Initial injection - Health Service Progress Notes.
11-24-93 Consent Form conscripted - Dr. Weine
1994-97 Navane prescribed by Dr. Thankappan
8-14-98 Consent Form conscripted - Dr. Figuredo
Aug.-Sept. 1999 Exchange with Dr. Bogdanoff
July 2001 Final Refusal of medication

Access to Medical Records has become very time-consuming at Osborn C.I. In Fact, there is no longer a request box labeled "Medical Records."

The Plaintiff has added effort toward explanation. Clinical recorders are Focused on aberrant mentality, but that is <u>their</u> perception.

Donald Glover

I hereby certify that a copy of the following was sent to:

Robert Bishop Fiske III
Assistant Attorney General
Federal Bar no. ct17831
110 Sherman St.
Hartford, CT 06105

on this 14th day of October, 2005

*Donald Glover*