Donald Glover

v

Department of Corrections, Et Al

Prisoner

no. 3:02cv1953 (AVC) (TPS)

FILED

2005 NOV 15 P 4: 28

U.S. DISTRICT COURT

Donald Glover

3:02cv1953 (AVC)(TPS)   Donald Glover, Plaintiff

Response To Motion For Summary Judgement

All Factual information is submitted in accordance with Local Rule 56(a)2.

The Plaintiff intends to submit the Clinical Record From November, 1994 which describes having glasses made to enable him to read. His Clinical Record From that page through mid-1996 are not at Osborn C.I. He intends to submit newspaper articles From the New Haven Register of 1993 which detail the mental problems of inmate Michael Krugel and textbook data about Haldol, Navane, Zyprexia and Rispirdol. He will research Boos v Runyon and other cases cited when Osborn C.I. Library re-opens. The record of the initial injection is written so as to cover-up the unwarranted use of medication by Dr. Birkowitz.

The Plaintiff intends that the Court Find medications were administered to him without Due Process.

Mental health professionals laugh off lawsuits; patients have the settlements added to their disability paychecks. The blame is passed to pharmaceutical companies; the most profitable industries nationally, who advertise that chemicals are limited as drug cures.

Donald Glover

3:02cv1953 (AVC)(TPS) Donald Glover, Plaintiff

see: Clinical Records and Defendants' Exhibit B

7/1/96 Refuses medication; Dr. Thankappan returns him to it.

9/10/96 Has not read; is baffled.

10/11/96 States that this is his 2nd murder conviction? Has not had one!

11/20/96 Difficulty concentrating.

2/26/97 Can hardly read. Has not read in months. Can only read magazines.

12/9-19/97 Unable to attend school due to medication.

7/24/98 Medication compliant but told doctor he wanted to be off medication.

10/21/98 Is able to read.

7/31/99 Refuses medication - Rispirdol prescribed.

9/30/99 Off medication but doctor strongly suggests that he re-continue it.

10/12/99 States having been in a stupor since 1993 but is now all right - 3 years and 4 days before signing and dating of 1983 suit form. See: 6/5/01.

1/26/00 Doctor recognizes burns for cosmetic purpose. This page was omitted from Exhibit B.

6/5/01 Remains medication compliant in order to avoid confrontation with staff.

Donald Glover

# Medical Incident Report

## Connecticut Department of Correction

CN6602
Rev. 10-25-90

| | |
|---|---|
| Facility New Haven C.C | Report date 10-24-93 |
| Inmate name Glover Daniel | Time 8:15 ☐ a.m. ☒ p.m. |
| Staff name M. Madura R.N. | I.D. number 216 751 |
| Incident report submitted ☒ Yes ☐ No    Number | Date 10-24-93 |

Treatment location Hosp Unit NHCC

**Injury description (must be completed if no other report):**

Inmate attempted to hit Medic. Inmate was put in Right wrist lock & brought to the ground. No injuries sustained and immediately injected D.G.

**Diagnosis:**

low impulse control disorder

**Treatment administered:**

Haldol + Cogentin given per Dr. Berkowitz
2 syringes were already drawn up D.G.

**Followup required:**

M.H. on Mon

Placement after treatment Hosp Unit

**Observations/remarks:**

| | |
|---|---|
| Patient signature ref to sign | Date |
| Medical staff signature J. Madura R.N. | Date 10-24-93 |

### ■ Nervous System Effects

The most frequent adverse effects of haloperidol involve the CNS.

**Extrapyramidal Reactions**

Extrapyramidal reactions occur frequently with haloperidol, especially during the first few days of therapy. In most patients, these reactions consist of parkinsonian symptoms (e.g., marked drowsiness and lethargy, drooling or hypersalivation, fixed stare), which are mild to moderate in severity and are usually reversible following discontinuance of the drug. Other adverse neuromuscular reactions have been reported less frequently, but are often more severe, and include feelings of motor restlessness (i.e., akathisia), tardive dystonia, and dystonic reactions (e.g., hyperreflexia, opisthotonos, oculogyric crisis, torticollis, trismus). Generally, the occurrence and severity of most extrapyramidal reactions are dose related, since they occur at relatively high dosages and disappear or become less severe following a reduction in dosage; however, severe extrapyramidal reactions have reportedly occurred at relatively low dosages. Most patients respond rapidly to treatment with an anticholinergic antiparkinsonian drug (e.g., benztropine, trihexyphenidyl). If persistent extrapyramidal reactions occur, haloperidol therapy may have to be discontinued.

Neuroleptic malignant syndrome (NMS) may occur in patients receiving haloperidol or other antipsychotic therapy. NMS is potentially fatal and requires immediate discontinuance of the drug and initiation of intensive symptomatic and supportive care. For additional information on NMS, see Extrapyramidal Reactions in Cautions: Nervous System Effects in the Phenothiazines General Statement 28:16.08.

**Tardive Dyskinesia**

Like other antipsychotic agents (e.g., phenothiazines), haloperidol has been associated with persistent dyskinesias. Tardive dyskinesia may occur in some patients during long-term administration of haloperidol or it may occur following discontinuance of the drug. The risk of developing tardive dyskinesia appears to be greater in geriatric patients receiving high dosages of the drug, especially females. The symptoms are persistent, and in some patients appear to be irreversible. Tardive dyskinesia is characterized by rhythmic involuntary movements of the tongue, face, mouth, or jaw (e.g., protrusion of the tongue, puffing of cheeks, chewing movements, puckering of the mouth), which sometimes may be accompanied by involuntary movements of the extremities and/or trunk. Although not clearly established, the risk of developing the syndrome and the likelihood that it will become irreversible may increase with the duration of therapy and total cumulative dose of antipsychotic agent(s) administered; however, the syndrome may occur, although much less frequently, after relatively short periods of treatment with low dosages. There is no proven or uniformly effective treatment for tardive dyskinesia; antiparkinsonian agents do not alleviate and tend to exacerbate the symptoms of this syndrome. If possible, antipsychotic agents should be discontinued if signs or symptoms of tardive dyskinesia occur. The syndrome may partially or completely remit if antipsychotic agents are discontinued, although some patients may require many months for improvement. Tardive dyskinesia may be masked if therapy is reinstituted, dosage is increased, or therapy with another antipsychotic agent is initiated. The effect that masking of the symptoms may have on the long-term course of the syndrome is not known. Fine vermicular movement of the tongue may be an early sign of the syndrome; prompt discontinuance of haloperidol after this sign occurs may prevent development of the syndrome.

In general, abrupt withdrawal of antipsychotic agents following short-term administration is not associated with adverse effects; however, transient dyskinetic signs have occurred following abrupt withdrawal in patients receiving prolonged maintenance therapy with haloperidol. In some patients, the dyskinetic movements are indistinguishable, except on the basis of their duration, from tardive dyskinesia. It is not known whether gradual withdrawal of antipsychotic agents reduces the incidence of withdrawal-emergent neurologic signs; however, if haloperidol therapy must be discontinued, gradual withdrawal of the drug is recommended, if possible, pending further accumulation of data.

**Other Nervous System Effects**

Tardive dystonia, not associated with tardive dyskinesia, has occurred in patients receiving haloperidol. Tardive dystonia is characterized by delayed onset of choreic or dystonic movements, often is persistent, and potentially can become irreversible.

Other adverse nervous system effects of haloperidol include insomnia, restlessness, anxiety, euphoria, agitation, drowsiness, depression, lethargy, headache, confusion, vertigo, and tonic-clonic seizures. Exacerbation of psychotic symptoms (including hallucinations and catatonic-like behavior), which may subside following discontinuance of therapy or treatment with anticholinergic agents, has also been reported.

Adverse anticholinergic effects of haloperidol include dry mouth (xerostomia), blurred vision, constipation, urinary retention, and diaphoresis. Priapism has also occurred.

### ■ Hematologic Effects

Mild and usually transient leukopenia and leukocytosis have been reported in patients receiving haloperidol. Other adverse hematologic effects include anemia, minimal decreases in erythrocyte count, and a tendency toward lymphomonocytosis. Agranulocytosis has also been reported rarely in patients receiving haloperidol, but only when combined with other drugs.

### ■ Endocrine and Metabolic Effects

Moderate engorgement of the breast with lactation has occurred in some females receiving haloperidol. Galactorrhea, mastalgia, gynecomastia, increased libido, impotence; hyperglycemia, hypoglycemia, and hyponatremia have also occurred in some patients. Antipsychotic agents increase serum prolactin concentrations. (See Cautions: Carcinogenicity.) Although not reported to date with haloperidol, the manufacturers caution that decreases in serum cholesterol concentration have occurred in patients receiving chemically related drugs.

### ■ Other Adverse Effects

Tachycardia, hypotension, hypertension, and ECG changes, including those compatible with QT-interval prolongation and the polymorphous configuration of torsades de pointes, may occur in patients receiving haloperidol. (See Acute Toxicity: Manifestations.) Impaired liver function and/or jaundice, maculopapular and acneiform dermatologic reactions, photosensitivity, alopecia, anorexia, diarrhea, hypersalivation, dyspepsia, nausea, vomiting, cataracts, retinopathy, and visual disturbances have also been reported.

Hyperpyrexia and heat stroke, not associated with neuroleptic malignant syndrome (see Extrapyramidal Reactions in Cautions: Nervous System Effects), have been reported in some patients receiving haloperidol.

Sudden and unexpected deaths have occurred in patients receiving haloperidol; however, a direct causal relationship to the drug has not been established.

Laryngospasm, bronchospasm, and increased depth of respiration have occurred in patients receiving haloperidol. Bronchopneumonia, resulting in fatalities in some patients, has occurred following the use of antipsychotic agents, including haloperidol. It has been suggested that lethargy and decreased thirst, resulting from central inhibition, may cause dehydration, hemoconcentration, and reduced pulmonary ventilation.

Hyperammonemia following haloperidol treatment has been reported in at least one child with citrullinemia, an inherited disorder of ammonia excretion.

### ■ Precautions and Contraindications

Haloperidol shares the toxic potentials of other antipsychotic agents (e.g., phenothiazines), and the usual precautions associated with therapy with these agents should be observed. (See Cautions in the Phenothiazines General Statement 28:16.08.)

Patients should be warned that haloperidol may impair their ability to perform activities requiring mental alertness or physical coordination (e.g., operating machinery, driving a motor vehicle). Patients also should be warned that haloperidol may enhance their response to alcohol, barbiturates, or other CNS depressants.

Because of the possibility of transient hypotension and/or precipitation of angina, haloperidol should be used with caution in patients with severe cardiovascular disorders. If hypotension occurs, metaraminol, norepinephrine, or phenylephrine may be used; epinephrine should not be used since haloperidol causes a reversal of epinephrine's vasopressor effects and a further lowering of blood pressure.

Since haloperidol may lower the seizure threshold, the drug should be used with caution in patients receiving anticonvulsant agents and in those with a history of seizures or EEG abnormalities. Adequate anticonvulsant therapy should be maintained during administration of haloperidol.

The manufacturers state that haloperidol should be used with caution in patients with known allergies or with a history of allergic reactions to drugs.

When concomitant therapy with an antiparkinsonian drug is necessary to manage haloperidol-induced extrapyramidal symptoms, it may be necessary to continue the antiparkinsonian drug for a period of time after discontinuance of haloperidol in order to prevent emergence of these symptoms.

The manufacturers caution that when haloperidol is used to control mania in patients with bipolar disorder, there may be a rapid mood swing to depression.

Haloperidol should be used with caution in patients with thyrotoxicosis since severe neurotoxicity (e.g., rigidity, inability to walk or talk) may occur in these patients during therapy with an antipsychotic agent.

Care should be taken to avoid skin contact with haloperidol lactate oral solution and injection, since contact dermatitis has occurred rarely.

Haloperidol is contraindicated in patients with severe toxic CNS depression or in those who are comatose from any cause. Haloperidol is also contraindicated in patients who are hypersensitive to the drug, and in those with parkinsonian syndrome.

### ■ Pediatric Precautions

Safety and efficacy of haloperidol decanoate injection in children have not been established, and safety and efficacy of other haloperidol preparations in children younger than 3 years of age have not been established.

Donald Glover 7/6/7 Bu

derivatives. Long-term administration of high doses of phenothiazines has resulted in pigment deposition in various body tissues including skin.

Lactation, moderate breast enlargement, and amenorrhea have been reported in a small percentage of women receiving thiothixene; these adverse effects may be alleviated by decreasing the dosage or withdrawing the drug. In one patient, hyponatremia that apparently resulted from inappropriate antidiuretic hormone secretion was attributed to thiothixene therapy. Premature ejaculation, gynecomastia, false-positive pregnancy test results, hypoglycemia, hyperglycemia, or glycosuria have been associated with phenothiazine therapy.

Leukopenia and leukocytosis, which are usually transient, may occur in patients receiving thiothixene. Decreased prothrombin time has also been reported. Blood disorders reported in patients receiving other antipsychotic drugs include agranulocytosis, eosinophilia, hemolytic anemia, thrombocytopenia, and pancytopenia. Elevations of serum transaminase and alkaline phosphatase concentrations which are usually transient, have been observed in some patients receiving thiothixene. Cholestatic jaundice has been reported in patients receiving related drugs. Increases in uric acid excretion have occurred in patients receiving chlorpromazine, and the possibility of this occurrence should be considered in patients receiving thiothixene.

■ **Precautions and Contraindications**

Thiothixene shares the toxic potentials of other antipsychotic agents (e.g., phenothiazines), and the usual precautions associated with therapy with these agents should be observed. (See Cautions in the Phenothiazines General Statement 28:16.08.)

Thiothixene should be used with caution in patients with cardiovascular disease. Because of possible drowsiness, fatigue, ataxia, and syncope, thiothixene should be administered with caution to patients performing hazardous tasks requiring mental alertness or physical coordination, especially during the first few days of therapy; patients should be cautioned accordingly. It should be considered that the drug may have an antiemetic effect which may mask the signs of overdosage of toxic drugs or may obscure the cause of vomiting in various organic disorders such as intestinal obstruction or brain tumor.

Thiothixene should be administered with extreme caution in patients with a history of seizure disorders or those in alcohol withdrawal, since the drug may decrease the seizure threshold. The drug should be used with extreme caution in patients who develop akathisia and restlessness because these patients may exhibit increased tension, aggressiveness, anxiety, depression, and suicidal tendencies. Because of possible anticholinergic effects, thiothixene should be used with caution in patients with glaucoma or prostatic hypertrophy. Patients receiving thiothixene should be carefully observed for pigmentary retinopathy and lenticular pigmentation, and periodic slit-lamp examinations should be performed in patients on prolonged thiothixene therapy. The drug should be administered with caution to patients who might be exposed to extreme heat or who are receiving atropine or related drugs.

Thiothixene is contraindicated in comatose patients and in patients with circulatory collapse, CNS depression from any cause, blood dyscrasias, or hypersensitivity to the drug. It has not been determined if there is a cross-sensitivity between the thioxanthenes and the phenothiazines, but the possibility should be considered. The possibility of dermatitis should be considered in personnel handling thiothixene, and care should be taken to avoid getting solutions of the drug on the hands and clothing.

■ **Pediatric Precautions**

Pending further accumulation of clinical data on the use of this drug in children, thiothixene is not recommended for use in children younger than 12 years of age.

■ **Carcinogenicity**

Antipsychotic agents increase prolactin concentrations; this effect persists during long-term administration of the drug. Because up to 33% of breast cancer may be prolactin dependent, the risk of using thiothixene in patients with previous or existing breast cancer should be considered. Although an increase in mammary neoplasms has occurred in rodents receiving antipsychotic agents for prolonged periods, available clinical or epidemiologic evidence is too limited to determine whether such an association exists in humans.

■ **Pregnancy**

Although animal reproduction studies and clinical experience to date have not demonstrated any teratogenic effects, safe use of thiothixene during pregnancy has not been established. Hyperreflexia has been reported in infants whose mothers had received drugs which are structurally related to thiothixene prior to delivery. Thiothixene should only be used in pregnant women or women who might become pregnant when the potential benefits to the patient outweigh the possible risks to the mother and/or fetus.

**Acute Toxicity**

■ **Manifestations**

Overdosage of thiothixene may result in muscular twitching, drowsiness, and dizziness. In severe cases, rigidity, weakness, torticollis, tremor, salivation, dysphagia, hypotension, disturbance of gait, or CNS depression including coma may occur.

■ **Treatment**

In the treatment of overdosage, general supportive measures such as maintenance of an adequate airway, oxygen uptake, and carbon dioxide removal should be maintained. Early gastric lavage may be useful in the treatment of oral thiothixene overdosage. Hypotension and circulatory collapse may be alleviated by administration of IV fluids and/or vasopressor agents such as norepinephrine or phenylephrine; *epinephrine must not be used.* The manufacturers state that if stimulants are indicated, caffeine and sodium benzoate may be used; however, most authorities believe that analeptic agents *should not be used in the management of drug overdosage.* Antiparkinsonian drugs may be used to treat extrapyramidal symptoms. The value of peritoneal dialysis and hemodialysis in the treatment of thiothixene overdosage has not been established; however, dialysis is of little value in acute phenothiazine toxicity.

**Drug Interactions**

Thiothixene may be additive with or may potentiate the action of other CNS depressants (including alcohol), anticholinergics, or hypotensive agents. The drug does not appear to potentiate the anticonvulsant activity of barbiturates. The dosage of anticonvulsant drugs should therefore not be reduced initially if thiothixene is added to the regimen of an epileptic patient. Patients who are receiving hypotensive agents should be observed closely for signs of excessive hypotension when thiothixene is added to their drug regimen.

**Dosage and Administration**

■ **Reconstitution and Administration**

Thiothixene is administered orally. Thiothixene hydrochloride is administered orally or by IM injection, preferably in the upper outer quadrant of the gluteal muscle or the midlateral thigh.

Thiothixene hydrochloride powder for injection is reconstituted by adding 2.2 mL of sterile water for injection to a vial labeled as containing 10 mg of thiothixene; the resultant solution contains 5 mg of thiothixene per mL.

■ **Dosage**

Dosage of thiothixene hydrochloride is expressed in terms of thiothixene, calculated on the anhydrous basis. Dosage must be carefully adjusted according to individual requirements and response.

For management of mild to moderate psychotic conditions, the usual initial adult oral dosage of thiothixene is 2 mg 3 times daily; if necessary, dosage may be gradually increased to 15 mg daily. For initial therapy in more severe psychoses, 5 mg may be given orally twice daily with subsequent increases until a satisfactory response is obtained. The usual optimal oral dosage is 20–30 mg daily; dosage may be increased to 60 mg daily if necessary. Dosage greater than 60 mg daily rarely increases the therapeutic effect of the drug and may increase the severity of adverse effects. For maintenance therapy, a single daily dose of the drug may be adequate.

In acutely agitated patients or patients who are unable or unwilling to take oral medication, the usual initial adult IM dosage is 4 mg 2–4 times daily. Subsequent dosage may be increased or decreased according to the response of the patient. The usual optimal IM dosage is 16–20 mg daily; IM dosage should not exceed 30 mg daily. Oral therapy should replace parenteral administration as soon as possible. Dosage adjustment may be required when changing from IM to oral administration and vice versa.

**Preparations**

**Thiothixene**

| Oral | | | |
|---|---|---|---|
| Capsules | 1 mg* | Navane®, Roerig |
| | 2 mg* | Navane®, Roerig |
| | 5 mg* | Navane®, Roerig |
| | 10 mg* | Navane®, Roerig |
| | 20 mg* | Navane®, Roerig |

*available by nonproprietary name

**Thiothixene Hydrochloride**

| Oral | | |
|---|---|---|
| Solution | 5 mg (of thiothixene) per mL* | Navane® Concentrate (with alcohol 7%), Roerig |
| | | Thiothixene Hydrochloride Intensol®, Roxane |
| Parenteral | | |
| For Injection, for IM use only | 10 mg (of thiothixene) | Navane® Intramuscular (with mannitol 19.2 mg), Roerig |

Donald Glover  216751

I hereby certify that a copy of the
following was sent to:
Robert Bishop Fiske III
Assistant Attorney General
Federal Bar no. ct 17831
110 Sherman St.
Hartford, CT 06105
on this 9th day of November, 2005

Donald Glover