UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONALD JOSEPH GLOVER

           PRISONER
v.           CASE NO. 3:02cv1953 (AVC)

DEPARTMENT OF CORRECTIONS
BIRKOWITZ
WEINE
THANKAPAN
MEDICAL STAFF
DOCTOR BOGDANOFF

### J U D G M E N T

This cause came on for consideration on the defendants' motion for summary judgment before the Honorable Alfred V. Covello, United States District Judge.

On November 17, 2003, the court filed its ruling dismissing all claims against defendant Department of Corrections. The Court has considered the motion for summary judgment and all the related papers. On November 16, 2005, the Court filed its Ruling on Defendants' Motion for Summary Judgment granting the motion on the ground that all claims are time-barred and directing the Clerk to close this case.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 18th day of November, 2005.

           KEVIN F. ROWE, Clerk

           By /s/ Donna P. Thomas
              Donna P. Thomas
              Deputy Clerk

Entered on the Docket _____