FORM 1

# UNITED STATES DISTRICT COURT FILED

## DISTRICT OF CONNECTICUT

2005 DEC 13 P 3:49

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Donald Glover

v.

CIVIL CASE NO. 3:02cv1953(AVC)(TPS)

Dept. of Corrections, Et Al

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Donald Glover__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):

Ruling granting Defendants' Motion for Summary Judgement

2. The Judgment /Order in this action was entered on __Nov. 16, 2005__.
(date)

__Donald Glover__
Signature

__Donald Glover__
Print Name

__P.O. Box 100__

__Somers, CT 06071__
Address

Date: __11/23/05__

Telephone Number

**Note:** You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).