Donald Glover

v.

Department of Corrections, Et AL

Prisoner

3:02 cv 1953 (AVC) (TPS)

FILED

2006 JAN 19 P 4: 49

U.S. DISTRICT COURT
BRIDGEPORT. CONN

Donald Glover

Exhibits

▓▓▓▓▓ To Vacate Summary Judgement And Grant In Favor Of Plaintiff
submits:1.Extension to 11-30-05 by Judge Thomas P. Smith

2.Clinical Record of 10-25-01 stating that Plaintiff had contacted
legal organizations

3.Letter from Yale Law School dated 8-5-01 delivering instruction
book for 1983 suit.

4.Information about medication taken by Plaintiff from 1993 to 2001

5.Typed pages of explanation

more exhibits will Follow

*Donald Glover*

---

3:02 cv 1953 (AVC) (TPS)          Donald Glover, Plaintiff PP

Rule 8.1 of Appellate Procedure - Motion For Relief

This Petition has been too time consuming.

The Plaintiff seeks Declaratory Relief only.

Summary Judgement was delivered before time to
Respond to Defendants) Motion had expired,
Lack of resources hindered Plaintiff's Motions/
Responses.

The Defendants are responsible for the missing
Clinical Records of Nov. 1994 to Nov. 1996.

Inmates Legal Assistance Program limited the
Co-operation/ contact with Plaintiff PP

*Donald Glover*

I hereby certify that a copy of the
Following was sent to:
Robert Bishop Fiske III
Assistant Attorney General
Federal Bar no. 17831
110 Sherman St.
Hartford, CT  06105
on this 13th day of January, 2006

Donald Glover

## Orders on Motions
3:02-cv-01953-AVC Glover v. Corrections, et al

**U.S. District Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from Drake, C. entered on 10/14/2005 at 10:18 AM EDT and filed on 10/14/2005

**Case Name:**      Glover v. Corrections, et al
**Case Number:**   3:02-cv-1953
**Filer:**
**Document Number:** 36

**Docket Text:**
NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE.
ORDER granting [35] Motion for Extension of Time to File Response/Reply re [33] MOTION for Summary Judgment Responses due by 11/30/2005. Signed by Judge Thomas P. Smith on October 14, 2005. (Drake, C.)

*disp - m -*

The following document(s) are associated with this transaction:

**3:02-cv-1953 Notice will be electronically mailed to:**

Robert Bishop Fiske , III     robert.fiske@po.state.ct.us,

**3:02-cv-1953 Notice will be delivered by other means to:**

Donald Joseph Glover
Inmate 216751
Osborn CI
PO Box 100
Somers, CT 06071

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 216751 | 4/15/51 |

INMATE NAME (LAST, FIRST, INITIAL)
Glover, Donald

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B (W) H O | O C I |

| DATE/TIME | |
|---|---|
| | considering working "to occupy |
| 10/2/01 | my mind". Alert, oriented, |
| MHH/CSW | denies AH, urges to burn |
| CONT | self, or hurt others not of |
| | his race. Increase in vigilance |
| | WNL due to adjustment. |
| | Thinking logical. (A) Sleep |
| | disturbance R/os: ↑ stress, |
| | getting cold, ↑ rumination. |
| | (P) monitor q 2 wks. I/m to |
| | access MHH Vis sleep problem |
| | persists. — ~~Marta Bor~~ wcs ☆ |
| 10/25/01 | (S) "I really would like to |
| CSW/MHH | talk about my court case." |
| 10:10 A | (O) I/m alert, oriented, appears |
| | tired AEB circles under his |
| | eyes. I/m denies any sleep |
| | problems or desires to burn |
| | himself. I/m expressed frust- |
| | ration ē feelings of ↑ stress |
| | related to his efforts to |
| | reopen his case. Feels at a |
| | "dead end" ē worker at law |
| | library ē fears speaking to |
| | his supervisor. Utilized relat- |
| | ionship effectiveness commun- |
| | ication skills practice to |
| | address his need; ie describe, |
| | express, assert, reinforce. |
| √ | Has written to many organiza- |
| | tions asking for assistance. |
| | Conts to adjust to the Loft. |
| | Reports writing to his brother |
| | for $ for a TV. Is watching |



# Yale Law School

**BRETT DIGNAM**
*Clinical Professor of Law*

August 5, 2002

Donald Glover #216751
Osborn Correctional Institution
P.O. Box 100
Somers, CT   06071

Dear Mr. Glover:

We received your letter requesting assistance. Unfortunately, this office is unable to provide the assistance you request. If you are still interested in challenging your conviction, you are eligible for the services of a public defender from the habeas unit. Lawyers from that office can and do challenge the legality of inmate's convictions. We recommend that you contact the office in Hartford explaining the circumstances as you have in our letter. The address for the habeas unit is 2275 Silas Deane Highway, Rocky Hill, CT   06067.

With respect to your request for assistance in filing a section 1983 law suit, we regret to inform you that we have insufficient resources to represent you. However, we are enclosing a copy of a book published in 1997. While it does not take the place of a lawyer and all information should be checked to ensure that it is still current, it may have some information that will be helpful to you. We regret that we are unable to assist you further and wish you the best of luck.

Sincerely,

Brett Dignam

BD/kld

Enclosure

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 • TELEPHONE 203 432-4800 • FACSIMILE 203 432-1426
COURIER ADDRESS  127 WALL STREET, NEW HAVEN, CONNECTICUT 06511 • E-MAIL  BRETT.DIGNAM@YALE.EDU

**PDR** *health*

disease overviews    health and wellness    drug information    clinical trials    produ

**Search:** Treatment for Acute Bipolar Mania    GO

search

*Brand name:*

# Haldol

*Pronounced: HAL-dawl*
*Generic name: Haloperidol*

## Why is Haldol prescribed?

Haldol is used to reduce the symptoms of mental disorders such as schizophrenia. It is also prescribed to control tics (uncontrolled muscle contractions of face, arms, or shoulders) and the unintended utterances that mark Tourette's syndrome. In addition, it is used in short-term treatment of children with severe behavior problems, including hyperactivity and combativeness.

Some doctors also prescribe Haldol to relieve severe nausea and vomiting caused by cancer drugs, to treat drug problems such as LSD flashback and PCP intoxication, and to control symptoms of hemiballismus, a condition that causes involuntary writhing of one side of the body.

## Most important fact about Haldol

Haldol may cause tardive dyskinesia--a condition characterized by involuntary muscle spasms and twitches in the face and body. This condition can be permanent, and appears to be most common among the elderly, especially women. Ask your doctor for information about this possible risk.

## How should you take Haldol?

Haldol may be taken with food or after eating. If taking Haldol in a liquid concentrate form, you will need to dilute it with milk or water.

You should not take Haldol with coffee, tea, or other caffeinated beverages, or with alcohol.

Haldol causes dry mouth. Sucking on a hard candy or ice chips may help alleviate the problem.

*--If you miss a dose...*

Take it as soon as you remember. Take the rest of the doses for that day at equally spaced intervals. Do not take 2 doses at once.

*--Storage instructions...*

Store away from heat, light, and moisture in a tightly closed container. Do not freeze the



Schizophrenia?

Find out about an **effective medicine** that may help you.

**CLICK HERE**

liquid.

## Haldol side effects

Side effects cannot be anticipated. If any side effects develop or change in intensity, inform your doctor as soon as possible. Only your doctor can determine if it is safe for you to continue taking Haldol.

- *Side effects may include:*
  Breast development in men, breathing problems, cataracts, constipation, drowsiness, dry mouth, insomnia, involuntary muscle contractions, skin reactions, tardive dyskinesia (see "Most important fact about Haldol"), tightening of the throat muscles, weight loss,

## Why should Haldol not be prescribed?

You should not take Haldol if you have Parkinson's disease or are sensitive to or allergic to the drug.

## Special warnings about Haldol

You should use Haldol cautiously if you have ever had breast cancer, a severe heart or circulatory disorder, chest pain, the eye condition known as glaucoma, seizures, or any drug allergies.

Temporary muscle spasms and twitches may occur if you suddenly stop taking Haldol. Follow your doctor's instructions closely when discontinuing the drug.

This drug may impair your ability to drive a car or operate potentially dangerous machinery. Do not participate in any activities that require full alertness if you are unsure of your reaction to Haldol.

Haldol may make your skin more sensitive to sunlight. When spending time in the sun, use a sunscreen or wear protective clothing.

Avoid exposure to extreme heat or cold. Haldol interferes with the body's temperature-regulating mechanism, so you could become overheated or suffer severe chills.

## Possible food and drug interactions when taking Haldol

Extreme drowsiness and other potentially serious effects can result if Haldol is combined with alcohol, narcotics, painkillers, sleeping medications, or other drugs that slow down the central nervous system.

If Haldol is taken with certain other drugs, the effects of either could be increased, decreased, or altered. It is especially important to check with your doctor before combining Haldol with the following:

Antiseizure drugs such as Dilantin or Tegretol
Antispasmodic drugs such as Bentyl and Cogentin
Blood-thinning medications such as Coumadin
Certain antidepressants, including Elavil, Tofranil, and Prozac
Epinephrine (EpiPen)

Lithium (Eskalith, Lithobid)
Methyldopa (Aldomet)
Propranolol (Inderal)
Rifampin (Rifadin)

## Special information if you are pregnant or breastfeeding

The effects of Haldol during pregnancy have not been adequately studied. Pregnant women should use Haldol only if clearly needed. If you are pregnant or plan to become pregnant, inform your doctor immediately. Haldol should not be used by women who are breastfeeding an infant.

## Recommended dosage for Haldol

ADULTS

*Moderate Symptoms*

The usual dosage is 1 to 6 milligrams daily. This amount should be divided into 2 or 3 smaller doses.

*Severe Symptoms*

The usual dosage is 6 to 15 milligrams daily, divided into 2 or 3 smaller doses.

CHILDREN

Children younger than 3 years old should not take Haldol.

For children between the ages of 3 and 12, weighing approximately 33 to 88 pounds, doses should start at 0.5 milligram per day. Your doctor will increase the dose if needed.

*For Psychotic Disorders*

The daily dose may range from 0.05 milligram to 0.15 milligram for every 2.2 pounds of body weight.

*For Non-Psychotic Behavior Disorders and Tourette's Syndrome*

The daily dose may range from 0.05 milligram to 0.075 milligram for every 2.2 pounds of body weight.

OLDER ADULTS

In general, older people take dosages of Haldol in the lower ranges. Older adults (especially older women) may be more susceptible to tardive dyskinesia--a possibly irreversible condition marked by involuntary muscle spasms and twitches in the face and body. Consult your doctor for information about these potential risks.

Doses may range from 1 to 6 milligrams daily.

## Overdosage

Any medication taken in excess can have serious consequences. If you suspect an overdose, seek medical help immediately.

- *Symptoms of Haldol overdose may include:*
  Catatonic (unresponsive) state, coma, decreased breathing, low blood pressure, rigid muscles, sedation, tremor, weakness

**Search:** Treatment for Acute Bipolar Mania    GO

PDR*health*

disease overviews | health and wellness | drug information | clinical trials | produ

search

*Brand name:*

# Navane

*Pronounced: NA-vain*
*Generic name: Thiothixene*

## Why is Navane prescribed?

Navane is used in the treatment of schizophrenia (a disruption of thought and the understanding of reality). Researchers theorize that antipsychotic medications such as Navane work by lowering levels of dopamine, a neurotransmitter (or chemical messenger) in the brain. Excessive levels of dopamine are believed to be related to psychotic behavior.

## Most important fact about Navane

Navane may cause tardive dyskinesia--a condition marked by involuntary muscle spasms and twitches in the face and body. This condition can be permanent and appears to be most common among the elderly, especially women. Ask your doctor for information about this possible risk.

## How should you take Navane?

Navane may be taken in liquid or capsule form. In liquid form, a dropper is supplied.

*--If you miss a dose...*

Take it as soon as you remember. If it is within 2 hours of your next dose, skip the one you missed and go back to your regular schedule. Do not take 2 doses at once.

*--Storage instructions...*

Store at room temperature away from heat, light, and moisture. Keep the liquid form from freezing.

## Navane side effects

Side effects cannot be anticipated. If any develop or change in intensity, inform your doctor as soon as possible. Only your doctor can determine if it is safe for you to continue taking Navane.

Concerned about the of your antipsychotic treatment?

Ready to learn more?

Click Here

and

- *Side effects may include:*
  Agitation, blood disorders, blurred vision, drowsiness, dry mouth, exaggerated reflexes, fainting, high blood pressure, insomnia, light-headedness, low blood pressure, Parkinson's--like movements, profuse sweating, rapid or irregular heartbeat, rash, sensitivity to sunlight, skin color changes

## Why should Navane not be prescribed?

Do not give Navane to comatose individuals. Do not take Navane if you are known to be hypersensitive to it. Also, you should not be using Navane if the activity of your central nervous system is slowed down for any reason--for example, by a sleeping medication, if you have had circulatory system collapse, or if you have an abnormal bone marrow or blood condition.

## Special warnings about Navane

Navane may hide symptoms of brain tumor and intestinal obstruction. Your doctor will prescribe Navane cautiously if you have or have ever had a brain tumor, breast cancer, convulsive disorders, the eye condition called glaucoma, intestinal blockage, or heart disease; or if you are exposed to extreme heat or are recovering from alcohol addiction.

This drug may impair your ability to drive a car or operate potentially dangerous machinery. Do not participate in any activities that require full alertness if you are unsure of your ability.

## Possible food and drug interactions when taking Navane

If Navane is taken with certain other drugs, the effects of either could be increased, decreased, or altered. It is especially important to check with your doctor before combining Navane with the following:

Antihistamines such as Benadryl
Barbiturates such as phenobarbital
Drugs that contain atropine, such as Donnatal

Extreme drowsiness and other potentially serious effects can result if Navane is combined with alcohol or other central nervous system depressants such as painkillers, narcotics, or sleeping medications.

## Special information if you are pregnant or breastfeeding

If you are pregnant or plan to become pregnant, inform your doctor immediately; pregnant women should use Navane only if clearly needed. Consult your doctor if you are breastfeeding; he or she may have you stop while you are taking Navane.

## Recommended dosage for Navane

Dosages of Navane are tailored to the individual. Usually treatment begins with a small dose, which is increased if needed.

ADULTS

*For Milder Conditions*

The usual starting dosage is a daily total of 6 milligrams, divided into doses of 2 milligrams and taken 3 times a day. Your doctor may increase the dose to a total of 15 milligrams a day.

*For More Severe Conditions*

The usual starting dosage is a daily total of 10 milligrams, taken in 2 doses of 5 milligrams each. Your doctor may increase this dose to a total of 60 milligrams a day.

Taking more than 60 milligrams a day rarely increases the benefits of Navane.

Some people are able to take Navane once a day. Check with your doctor to see whether you can follow this schedule.

CHILDREN

Navane is not recommended for children younger than 12 years old.

OLDER ADULTS

In general, older adults are prescribed dosages of Navane in the lower ranges. Because older adults may develop low blood pressure while taking Navane, their doctors will monitor them closely. Older adults (especially women) may be more susceptible to such side effects as involuntary muscle spasms and twitches in the face and body. Check with your doctor for more information about these potential risks.

## Overdosage

Any medication taken in excess can have serious consequences. If you suspect an overdose, seek medical help immediately.

- *Symptoms of Navane overdose may include:*
  Central nervous system depression, coma, difficulty swallowing, dizziness, drowsiness, head tilted to the side, low blood pressure, muscle twitching, rigid muscles, salivation, tremors, walking disturbances, weakness



Search: Treatment for Acute Bipolar Mania    GO

disease overviews    health and wellness    drug information    clinical trials    produ
search

**Brand name:**

# Zyprexa

*Pronounced: Zye-PRECKS-ah*
*Generic name: Olanzapine*

## Why is Zyprexa prescribed?



Zyprexa helps manage symptoms of schizophrenia, the manic phase of bipolar disorder, and other psychotic disorders. It is thought to work by opposing the action of serotonin and dopamine, two of the brain's major chemical messengers. The drug is available as Zyprexa tablets and Zyprexa Zydis, which dissolves rapidly with or without liquid.

## Most important fact about Zyprexa

At the start of Zyprexa therapy, the drug can cause extreme low blood pressure, increased heart rate, dizziness, and, in rare cases, a tendency to faint when first standing up. These problems are more likely if you are dehydrated, have heart disease, or take blood pressure medicine. To avoid such problems, your doctor may start with a low dose of Zyprexa and increase the dosage gradually.

## How should you take Zyprexa?

Zyprexa should be taken once a day with or without food. To use Zyprexa Zydis, open the sachet, peel back the foil on the blister pack, remove the tablet, and place the entire tablet in the mouth. Do not push the tablet through the foil. The medication can be taken with or without water; the saliva in your mouth will cause the tablet to dissolve.

*--If you miss a dose...*

Take it as soon as you remember. If it is almost time for your next dose, skip the one you missed and go back to your regular schedule. Do not take 2 doses at once.

*--Storage instructions...*

Store at room temperature away from light and moisture.

## Zyprexa side effects

Side effects cannot be anticipated. If any develop or change in intensity, inform your doctor as soon as possible. Only your doctor can determine if it is safe for you to continue taking

Zyprexa.

- *Side effects may include:*
  Agitation, change in personality, constipation, dizziness, dry mouth, increased
  appetite, indigestion, low blood pressure upon standing, sleepiness, tremor,
  weakness, weight gain

---

## Why should Zyprexa not be prescribed?

If Zyprexa gives you an allergic reaction, you cannot take the drug.

---

## Special warnings about Zyprexa

Certain antipsychotic drugs, including Zyprexa, are associated with an increased risk of
developing high blood sugar, which on rare occasions has led to coma or death. See your
doctor right away if you develop signs of high blood sugar, including dry mouth, unusual
thirst, increased urination, and tiredness. If you have diabetes or have a high risk of
developing it, see your doctor regularly for blood sugar testing.

Use Zyprexa with caution if you have any of the following conditions: Alzheimer's disease,
Parkinson's disease, trouble swallowing, narrow angle glaucoma (high pressure in the eye),
an enlarged prostate, heart irregularities, heart disease, heart failure, liver disease, or a
history of heart attack, seizures, or intestinal blockage.

Zyprexa should not be used to treat elderly patients who have dementia because the drug
could increase the risk of stroke. In addition, antipsychotic drug treatment has been
associated with swallowing and breathing problems in older people and those with Alzheimer's
disease.

Drugs such as Zyprexa sometimes cause a condition called Neuroleptic Malignant Syndrome
(NMS). Symptoms include high fever, muscle rigidity, irregular pulse or blood pressure, rapid
heartbeat, excessive sweating, and changes in heart rhythm. If these symptoms appear,
contact your doctor right away. You'll have to discontinue using Zyprexa while the condition is
under treatment.

There is also a risk of developing tardive dyskinesia, a condition marked by slow, rhythmical,
involuntary movements. This problem is more likely to surface in older adults, especially
elderly women. When it does, use of Zyprexa is usually stopped.

Animal studies suggest that Zyprexa may increase the risk of breast cancer, although human
studies have not confirmed such a risk. If you have a history of breast cancer, see your
doctor regularly for checkups.

People at high risk of suicide attempts should be prescribed the lowest dose possible to
reduce the risk of intentional overdose.

Zyprexa sometimes causes drowsiness and can impair your judgment, thinking, and motor
skills. Use caution while driving and don't operate dangerous machinery until you know how
the drug affects you.

Medicines such as Zyprexa can interfere with regulation of the body's temperature. Do not get
overheated or become dehydrated while taking Zyprexa. Avoid extreme heat and drink plenty
of fluids.

Zyprexa can cause low blood pressure upon standing, resulting in dizziness, rapid heartbeat,
and fainting, especially at the start of therapy. Let the doctor know if you develop this
problem; your dosage can be adjusted to reduce the symptoms.

If you have phenylketonuria and must avoid the amino acid phenylalanine, you should not take Zyprexa Zydis, which contains this substance.

The safety and effectiveness of Zyprexa have not been studied in children.

## Possible food and drug interactions when taking Zyprexa

Avoid alcohol while taking Zyprexa. The combination can cause a sudden drop in blood pressure.

If Zyprexa is taken with certain other drugs, the effects of either can be increased, decreased, or altered. Ask your doctor before taking any prescription or over-the-counter drugs. It is especially important to check before combining Zyprexa with the following:

Blood pressure medications
Carbamazepine (Tegretol)
Diazepam (Valium)
Drugs that boost the effect of dopamine, such as the Parkinson's medications Mirapex, Parlodel, Permax, and Requip
Fluvoxamine
Levodopa (Larodopa)
Omeprazole (Prilosec)
Rifampin (Rifadin, Rimactane)

## Special information if you are pregnant or breastfeeding

If you are pregnant or plan to become pregnant, inform your doctor immediately. Zyprexa should be used during pregnancy only if absolutely necessary. The drug may appear in breast milk; do not breastfeed while on Zyprexa therapy.

## Recommended dosage for Zyprexa

ADULTS

*Schizophrenia*

The usual starting dose is 5 to 10 milligrams once a day. If you start at the lower dose, after a few days the doctor will increase it to 10. After that, the dosage will be increased no more than once a week, 5 milligrams at a time, up to a maximum of 20 milligrams a day.

Those most likely to start at 5 milligrams are people who are weak, people prone to low blood pressure, and nonsmoking women over 65 (because they tend to have a slow metabolism).

*Manic Episodes in Bipolar Disorder*

The usual starting dose is 10 to 15 milligrams once a day. If needed, the dose can be increased every 24 hours by 5 milligrams a day, up to a maximum daily dose of 20 milligrams. After the person is stabilized, the doctor may continue maintenance therapy at a dosage range of 5 to 20 milligrams a day. If Zyprexa is being combined with lithium or valproate (Depakene, Depakote), the usual starting dose is 10 milligrams once a day.

## Overdosage

An overdose of Zyprexa is usually not life-threatening, but fatalities have been reported. If
you suspect an overdose, seek medical attention immediately.

- *Symptoms of Zyprexa overdose may include:*
  Agitation drowsiness rapid or irregular heartbeat slurred or disrupted speech stupor

Overdoses of Zyprexa have also led to breathing difficulties, changes in blood pressure,
excessive perspiration, fever, muscle rigidity, cardiac arrest, coma, and convulsions.





**Search:** Treatment for Acute Bipolar Mania    GO

**PDR**

disease overviews    health and wellness    drug information    clinical trials    produ

search

*Brand name:*

# Risperdal

*Pronounced: RIS-per-dal*
*Generic name: Risperidone*
*Other brand name: Risperdal M-Tab*



## Why is Risperdal prescribed?

Risperdal is prescribed for the treatment of schizophrenia, a severe mental disorder that can cause delusions (false beliefs) and hallucinations. It is also used for the short-term treatment of mania associated with bipolar disorder. Risperdal is thought to work by muting the impact of dopamine and serotonin, two of the brain's key chemical messengers.

## Most important fact about Risperdal

Risperdal may cause tardive dyskinesia, a condition that causes involuntary muscle spasms and twitches in the face and body. This condition can become permanent and is most common among older people, especially women. Tell your doctor immediately if you begin to have any involuntary movement. You may need to discontinue Risperdal therapy.

## How should you take Risperdal?

Do not take more or less of Risperdal than prescribed. Higher doses are more likely to cause unwanted side effects.

Risperdal may be taken with or without food.

Risperdal oral solution comes with a calibrated pipette to use for measuring. The oral solution can be taken with water, coffee, orange juice, and low-fat milk, but *not* with cola drinks or tea.

Risperdal orally disintegrating tablets (M-Tabs) come in blister packs and should not be removed from the package until you are ready to take them. When it's time for your dose, use dry fingers to peel back the foil of the blister pack to remove the tablet; do *not* push the tablet through the foil because this could damage the tablet. Immediately place the tablet on your tongue. The medication dissolves in the mouth quickly and can be swallowed with or without liquid. You should not split or chew the orally disintegrating tablets.

*--If you miss a dose...*

Take it as soon as you remember. If it is almost time for your next dose, skip the one you missed and go back to your regular schedule. Do not take 2 doses at once.

*--Storage Instructions...*

Store at room temperature. Protect tablets from light and moisture; protect oral solution from light and freezing.

## Risperdal side effects

Side effects cannot be anticipated. If any develop or change in intensity, tell your doctor as soon as possible. Only your doctor can determine if it is safe for you to continue taking Risperdal.

- *Side effects may include:*
  Agitation, anxiety, constipation, dizziness, hallucination, headache, indigestion, insomnia, rapid or irregular heartbeat, restlessness, runny nose, sleepiness, vomiting, weight change

## Why should Risperdal not be prescribed?

If you are sensitive to or have ever had an allergic reaction to Risperdal or other major tranquilizers, you should not take this medication.

Risperdal should not be used to treat elderly patients who have dementia because the drug could increase the risk of stroke.

## Special warnings about Risperdal

You should use Risperdal cautiously if you have kidney, liver, or heart disease, seizures, breast cancer, thyroid disorders, or any other diseases that affect the metabolism (conversion of food into energy and tissue). Use caution, too, if you've had a stroke or mini-strokes, suffer from fluid loss or dehydration, or expect to be exposed to extremes of temperature.

Be aware that Risperdal may mask signs and symptoms of drug overdose and of conditions such as intestinal obstruction, brain tumor, and Reye's syndrome (a dangerous neurological condition that may follow viral infections, usually occurring in children). Risperdal can also cause difficulty when swallowing, which in turn can cause a type of pneumonia.

Risperdal may cause Neuroleptic Malignant Syndrome (NMS), a condition marked by muscle stiffness or rigidity, fast heartbeat or irregular pulse, increased sweating, high fever, and high or low blood pressure. Unchecked, this condition can prove fatal. Call your doctor immediately if you notice any of these symptoms. Risperdal therapy should be discontinued.

Certain antipsychotic drugs, including Risperdal, are associated with an increased risk of developing high blood sugar, which on rare occasions has led to coma or death. See your doctor right away if you develop signs of high blood sugar, including dry mouth, unusual thirst, increased urination, and tiredness. If you have diabetes or have a high risk of developing it, see your doctor regularly for blood sugar testing.

People at high risk for suicide attempts will be prescribed the lowest dose possible to reduce the risk of intentional overdose.

This drug may impair your ability to drive a car or operate potentially dangerous machinery. Do not participate in any activities that require full alertness if you are unsure of your ability.

Risperdal is prescribed for the short-term treatment of rapid-onset bipolar mania; it is not

approved for preventing future episodes. The effectiveness of the drug for treating mania for more than 3 weeks has not been studied.

Risperdal can cause orthostatic hypotension (low blood pressure when rising to a standing position), with dizziness, rapid heartbeat, and fainting, especially when you first start to take it. If you develop this problem, report it to your doctor. He can adjust your dose to reduce the symptoms.

Be sure to tell your doctor if you have phenylketonuria and must avoid the amino acid phenylalanine, since Risperdal M-Tabs contains this substance.

The safety and effectiveness of Risperdal have not been studied in children.

## Possible food and drug interactions when taking Risperdal

If Risperdal is taken with certain other drugs, the effects of either can be increased, decreased, or altered. It is especially important to check with your doctor before combining Risperdal with the following:

Blood pressure medicines such as Aldomet, Procardia, and Vasotec
Bromocriptine mesylate (Parlodel)
Carbamazepine (Tegretol)
Clozapine (Clozaril)
Fluoxetine (Prozac)
Levodopa (Sinemet, Larodopa)
Paroxetine (Paxil)
Phenobarbital
Phenytoin (Dilantin)
Quinidine
Rifampin (Rifadin, Rimactane)
Valproic acid (Depakene, Depakote)

Risperdal tends to increase the effect of blood pressure medicines.

You may experience drowsiness and other potentially serious effects if Risperdal is combined with alcohol and other drugs that slow the central nervous system such as Valium, Percocet, Demerol, or Haldol.

Check with your doctor before taking any new medications.

## Special information if you are pregnant or breastfeeding

The safety and effectiveness of Risperdal during pregnancy have not been adequately studied. If you are pregnant or plan to become pregnant, tell your doctor immediately. Risperdal makes its way into breast milk, so women taking Risperdal must avoid breastfeeding.

## Recommended dosage for Risperdal

SCHIZOPHRENIA

*Adults*

Doses of Risperdal can be taken once a day, or divided in half and taken twice daily. The usual dose on the first day is 2 milligrams or 2 milliliters of oral solution. On the second day, the dose increases to 4 milligrams or milliliters, and on the third day rises to 6 milligrams or milliliters. Further dosage adjustments can be made at intervals of 1 week. Over the long term, typical daily doses range from 2 to 8 milligrams or milliliters.

BIPOLAR MANIA (SHORT-TERM TREATMENT OF ACUTE EPISODES)

*Adults*

The recommended starting dose Is 2 to 3 milligrams (or milliliters of oral solution) per day, given as a single dose. If needed, the doctor will adjust the dose by 1 milligram at intervals of at least 24 hours. The effective dosage range Is 1 to 6 milligrams a day.

DOSAGE ADJUSTMENT

The doctor may prescribe lower doses if you are weak, elderly, have liver or kidney disease, or have a high risk for low blood pressure. The usual starting dose is 0.5 milligram (or 0.5 milliliter of oral solution) twice a day. The doctor may switch you to a once-a-day dosing schedule after the first 2 to 3 days of treatment.

If needed, each dose may be increased by increments of no more than 0.5 milligram. Increases to dosages above 1.5 milligrams twice a day should generally me made at intervals of at least 1 week.

You may also need your Risperdal dose adjusted if you're taking certain medications, including Dilantin, Paxil, phenobarbital, Prozac, Rifadin, and Tegretol.

## Overdosage

Any medication taken in excess can have serious consequences. If you suspect an overdose of Risperdal, seek medical attention immediately.

- *Symptoms of Risperdal overdose may include:*
  Drowsiness, low blood pressure, rapid heartbeat, sedation





The Plaintiff has limited resources due to being a prisoner.
Although Judge Thomas P. Smith granted an extension on 10-14-05,
until 11-30-05, Judge Alfred V. Covello ruled on 11-16-05 con-
cerning Defendants' Motion For Summary Judgement and Plaintiff's
Response to it before Plaintiff had used all possible time to
file Response, in violation of Local Rule 56(f). What the Plain-
tiff presented in Nov.,2005, in accordance with Local Rule 56(a)2
was Records and other evidence to prove his claims and refute
the assertions of the Defendants. Judge Covello does not con-
firm having recieved all Records but seems to allude to them
without recognizing the Plaintiff's explanation of how they
prove his claims, etc. The Record states the Plaintiff to have
been out of his stupor for 3 years and 4 days before filing
(signed, dated) his 1983 suit; he claims that the 4 days should
be granted to him because he continued to take medication until
July,2001 in order to avoid confrontation with staff. There-
fore the suit was filed within the 3 year time limit and with-
in one and a half years of the discontinuance of medication.
The Plaintiff was given a "CT Prisoners' Rights" handbook by
Yale Law School on 8-5-02 which instructed him in how to file
his 1983 suit. He had been writing to legal organizations for
assistance since 10-25-01. Yale Law School responded after many
months and a second letter.

This is the reasonable explanation on which this 1983 suit is based- that the Plaintiff was administered medication without due process from 1993 until 2001 because: He was forcibly injected after refusing medication. Because the Defendant had used force it was logical to conclude that they would use force again in the event of further refusals. And the Defendants do bear the authority to apply strict measures in the event of further refusals and logically can be expected to apply them. Even so, Clinical Records are full of the Plaintiff's refusals, unwillingness to take medication, and discontinuing it.This situation is a violation of Right by its self. But the real problem with the medications are their ability to compromise the mental abilities of a person who is a defendant in Criminal Justice-pre-or-post trial. This Plaintiff was both.

After transfer to Osborn C.I. the Plaintiff heard from inmates that he could get away with refusing medication there. He was careful and patient when preparing that refusal.

Had it been the Plaintiff's part to motion for summary judgement, it could have easily been granted because the Plaintiff produced factual evidence as proof of administration of medication without due process and such a finding is a comparitively small matter; although much is dependant on it in this case.

In the Plaintiff's opinion, Judge Covello could have found in favor of the Defendants because, for example, medical science cannot support the Plaintiff's claims yet. He need not have repeated their assertions which the Plaintiff offered proof that those assertions were not fact. In the Plaintiff's ~~opinion~~ opinion it is more clever to maintain the truth through all circumstances than to lie. Nor has the Plaintiff submitted a "scintilla" of evidence. He has used the Defendants' own memorandum to offer proof against their assertions as well as other evidence.

In legal procedure, Counsel is categorically ~~~~ responsible for competency issues. But that responsibility is merely categorical, the real responsibility is that of mental health ~~professionals~~ professionals if they are in any way involved with the client. The reason that they can evade blame for their violations is that by ~~~~ their very nature those violations rob their victims of the ability to complain formally. That is what thus 1983 suit intends to prove. The Plaintiff will not decline the commission that is his to prove it and he Petitions the Court to recognize that as being so. If any of the Defendants can force medication on the Plaintiff, it is logical to conclude that they can do it at will to any inmate in Connecticut, the U.S.A., the World, and without due process. The Plaintiff Petitions the Court ~~~~. to rule if this is so or not.

Even if the Plaintiff had not initially been injected by force he could not procure the medications administered to him without a doctor's prescription, so the blame is still the doctor's for the detrimental effects of medications. A person needing psychotropic medication is by defenition, incapable of making decisions or granting consent. In other types of medical malpractice, the patient has death or injury to prove the doctor's mistake. In psychiatric malpractice, the patient must have mental impairment as compared to normal function to prove the doctor's mistake.

The problem with summary judgements is that any pronouncement by a judge becomes the letter of law and is therefore more difficult to contest. Summary judgement in this case rewarded the Defendants for making their assertions in a more pompous manner.

Being a convict caused this Plaintiff to consider summary judgement too controversial a measure to motion for, but he believes that, had he been granted it, the Defendants would not have appealed.