
# MANDATE

D. Conn. (new haven)
02-cv-1953
Covello, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 10th day of August two thousand and six,

**Present:**

    Hon. Chester J. Straub,
    Hon. Rosemary S. Pooler,
    Hon. Robert D. Sack,
        *Circuit Judges.*



Donald J. Glover,

    Plaintiff-Appellant,

v.                                                   05-7003-pr

Birkowitz, M.D., Weine, M.D., Thankapan, M.D., Doctor Bogdanoff,

    Defendants-Appellees.

Appellant, *pro se*, moves for appointment of counsel and to amend his brief in his appeal of the district court's judgment granting summary judgment. Upon due consideration, it is ORDERED that the motion for appointment of counsel is DENIED, and the appeal is DISMISSED because it lacks an arguable basis in fact or law. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e). It is further ORDERED that the motion to amend the brief is DENIED as moot.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by: [signature]
   Deputy Clerk
AUG 10 2006

SAO-MCM

_Issued as Mandate: OCT 2 2006